# EXHIBIT B

**Report of Results: MVA7746**

**Examination of Abex Heavy Duty Brakes**

**Prepared for:**

**The Ferraro Law Firm**
**4000 Ponce de Leon Blvd., Suite 700**
**Miami, FL 33146**


**Respectfully Submitted by:**

**William L. Turner, Jr.**
**Senior Research Microscopist**

**James R. Millette, Ph.D.**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA 30096**


**11 February 2009**

7746report021109

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**Report of Results: MVA7746**

**Examination of Abex Heavy Duty Brakes**

## Introduction

This report presents the results of an examination of Abex Heavy Duty Brakes for asbestos content. Six large brake shoes were received at MVA Scientific Consultants on 14 January 2009 (Figures 1 through 5). Three (3) brakes have the label: "ESLINE 660 EF CAM" and the other three brakes have the label: "ESLINE 660 EF ANCHOR". The brakes were assigned MVA laboratory sample numbers U0030A through U0030F. The analyses were done in our laboratory during the period 16 January through 03 February 2009.

## Methods

The brakes were initially examined under an Olympus SZ-40 stereomicroscope at magnifications from 7X to 40X. One brake from each set (CAM and ANCHOR) was chosen for full analysis. Portions of the particulate found in each of the two samples (U0030A and U0030B) were mounted in Cargille refractive index liquids for analysis by polarized light microscopy (PLM) using an Olympus BH-2 polarized light microscope (PLM) with a magnification range of 100X to 1,000X. The PLM analysis followed the analytical procedures recommended by the U.S. Environmental Protection Agency (1). The PLM results for asbestos are given in terms of percent by volume.

In order to concentrate possible amphibole material for analysis, an acid/base digestion procedure (2) was used to eliminate the soluble fractions. A portion of each sample was ashed and the residue remaining was transferred to a 100 ml round-bottom flask containing 80 ml of acid (2N $H_2SO_4$) and fitted with a reflux condenser. The suspension was boiled for one hour. The residue was collected by centrifugation and the reflux procedure was repeated with sodium hydroxide (4N). The residue was then suspended in water and a known aliquot was extracted and filtered through a 0.2 µm pore size polycarbonate filter. The filter was dried and grids prepared following standard direct preparation procedures (AHERA/ISO10312) for analysis by transmission electron microscopy (TEM). Laboratory blank samples following all the procedures except the addition of test material were prepared in a similar way. The TEM results for asbestos are given in terms of percent by weight.

## Results

Polarized light microscopy (PLM) bulk analysis showed that both samples U0030A (CAM) and U0030B (ANCHOR) contain approximately 20% chrysotile asbestos (Figures 6 through 9). TEM analysis found a single tremolite fiber (1.9 by 0.14 micrometers) in sample U0030A (CAM). This corresponds to a calculated level of amphibole in U0030A



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

(CAM) of 0.00005%. Sample U0030B (ANCHOR) contains approximately 0.00015% amphibole asbestos (Table 1). No amphibole fibers were found in the blank samples. A representative TEM image and spectrum for tremolite contained in the brakes are presented in Figures 10 and 11. As received, the brakes were not friable. However, asbestos fibers protruded from their surfaces and they produced dust when scratched or rubbed.

## References


1. U. S. Environmental Protection Agency, "Test Method EPA/600/R-93/116 -- Method for the Determination of Asbestos in Bulk Building Materials."
2. "Analysis of Amphibole Asbestos in Chrysotile and Other Minerals" by J. Addison and L.S.T. Davies. Ann. Occup. Hyg. Vol. 34. No. 2. pp. 159-175, 1990.


**Table 1. TEM Amphibole Fiber Data**
**U0030B – Abex Brake (with ANCHOR label)**

| Str. # | Length | Width | Aspect Ratio | Mineral |
|---|---|---|---|---|
| 1 | 3.8 | 0.58 | 6.5 | Tremolite |
| 2 | 3.8 | 0.19 | 20 | Tremolite |
| 3 | 4.1 | 0.29 | 14 | Tremolite |

MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 1.** Abex brakes (Sample U0030).




**Figure 2.** Caution on Abex brake box (Sample U0030).

MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 3.** Abex brakes (Sample U0030) showing edge label.




**Figure 4.** Abex brakes (Sample U0030A CAM) showing label on concave side.

MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 5.** Abex brakes (Sample U0030B ANCHOR) showing label on concave side.



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 6.** Stereomicroscope view of chrysotile asbestos protruding from an Abex brake (Sample U0030A).




**Figure 7.** Stereomicroscope view of chrysotile asbestos protruding from an Abex brake (Sample U0030B).



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 8.** PLM image of chrysotile from Abex brake (Sample U0030A).




**Figure 9.** PLM image of chrysotile from Abex brake (Sample U0030B).



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 10.** TEM image of tremolite from Abex brake (Sample U0030B).




**Figure 11.** X-ray spectrum of tremolite from Abex brake (Sample U0030B).



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)