# EXHIBIT C

**Report of Results: MVA8322**

**Examination of Rayloc Brakes**

**Prepared for:**

**The Simmons Firm**
**707 Berkshire Blvd.**
**East Alton, IL 62024**

**Respectfully Submitted by:** ______________________________

**James R. Millette, Ph.D.**
**Executive Director**

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard**
**Suite 400**
**Duluth, GA 30096**

**13 April 2010**

MVA SCIENTIFIC CONSULTANTS

8322reportRayloc041310.doc

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Introduction

This report presents the results of a study of asbestos fiber content in Rayloc (Stopper 279) brake shoes received at MVA Scientific Consultants on 15 March 2010 from Brian Hausman of The Simmons Firm. The set of four brake shoes was assigned unique MVA laboratory sample number V0489 (Table 1). It was asked that the sample be analyzed for asbestos including possible low levels of amphibole fibers. The analyses were done in the MVA laboratory during the period 23 March through 31 March 2010.

## Methods

The brake linings were initially examined under an Olympus SZ-40 stereomicroscope. Portions of the particulate were mounted in appropriate refractive index liquids for analysis using an Olympus BH-2 polarized light microscope (PLM). The PLM analysis followed the analytical procedures recommended by the U.S. Environmental Protection Agency (1). The PLM results for asbestos are given in terms of percent by volume.

In order to concentrate possible amphibole material for analysis, an acid/base digestion procedure (2) was used to eliminate the soluble fractions. A portion of the sample was ashed and the residue remaining was transferred to a 100 ml round-bottom flask containing 80 ml of acid (2N $H_2SO_4$) and fitted with a reflux condenser. The suspension was boiled for one hour. The residue was collected by centrifugation and the reflux procedure was repeated with sodium hydroxide (4N). The residue was then suspended in water and a known aliquot was extracted and filtered through a 0.2 μm pore size filter. The filter was dried and grids prepared following standard direct preparation procedures (AHERA/ISO10312) for analysis by transmission electron microscopy (TEM). A laboratory blank sample following all the procedures except the addition of test material was prepared in a similar way. The TEM results for asbestos are given in terms of percent by weight.

In order to determine whether or not asbestos fibers were readily releasable from the brake lining surfaces, particles that were released from the brake pads to a finger by touching the pad were transferred to an SEM stub and magnified images were obtained by scanning electron microscopy (SEM).

## Results

The box and brake shoes of Sample V0489 (Rayloc) are shown in Figures 1 through 3. There are asbestos fibers protruding from the surfaces of the linings showing that the brake material is not encapsulated (Figure 4). Polarized light microscopy (PLM) bulk analysis showed that Rayloc brake linings contain approximately 25 - 35% chrysotile



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

asbestos by volume. TEM showed that the linings also contain approximately 0.1% by weight of tremolite and anthophyllite asbestos fibers (Figures 5 through 7). The TEM fiber size data are shown in Table 2. Asbestos fibers were found to be readily releasable when touching the brake linings (Figure 8).

The results of the asbestos analyses are summarized in Table 1.

No asbestos was detected in the blank sample.

## References


1. U. S. Environmental Protection Agency, "Test Method EPA/600/R-93/116 -- Method for the Determination of Asbestos in Bulk Building Materials."
2. "Analysis of Amphibole Asbestos in Chrysotile and Other Minerals" by J. Addison and L.S.T. Davies. Ann. Occup. Hyg. Vol. 34. No. 2. pp. 159-175, 1990.





You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Table 1. Sample Information and Analysis Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| V0489 | Box of 4 Rayloc Brake Shoes Stopper 279 AB-242 | 25 - 35% | 0.1% |

MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

## Table 2. TEM Fiber Size Data Sample V0489

| STRUCTURE | ASBESTOS TYPE | Length (μm) | Width (μm) | Aspect Ratio |
|---|---|---|---|---|
| 1 | TREMOLITE | 10.6 | 1.92 | 6 |
| 2 | TREMOLITE | 2.6 | 0.38 | 7 |
| 3 | TREMOLITE | 2.4 | 0.29 | 8 |
| 4 | TREMOLITE | 4.3 | 0.38 | 11 |
| 5 | TREMOLITE | 2.6 | 0.24 | 11 |
| 6 | ANTHOPHYLLITE | 2.9 | 0.38 | 8 |
| 7 | TREMOLITE | 1.4 | 0.14 | 10 |
| 8 | TREMOLITE | 2.9 | 0.19 | 15 |
| 9 | TREMOLITE | 3.4 | 0.19 | 18 |
| 10 | ANTHOPHYLLITE | 2.9 | 0.19 | 15 |
| 11 | TREMOLITE | 3.4 | 0.29 | 12 |
| 12 | TREMOLITE | 2.9 | 0.48 | 6 |
| 13 | ANTHOPHYLLITE | 4.6 | 0.38 | 12 |
| 14 | TREMOLITE | 4.1 | 0.58 | 7 |
| 15 | TREMOLITE | 4.3 | 0.19 | 23 |
| 16 | TREMOLITE | 3.4 | 0.38 | 9 |
| 17 | TREMOLITE | 1.9 | 0.24 | 8 |
| 18 | TREMOLITE | 2.9 | 0.48 | 6 |
| 19 | TREMOLITE | 1.9 | 0.14 | 13 |
| 20 | TREMOLITE | 2.9 | 0.14 | 20 |
| 21 | TREMOLITE | 3.4 | 0.19 | 18 |
| 22 | TREMOLITE | 1.4 | 0.14 | 10 |
| 23 | TREMOLITE | 4.6 | 0.38 | 12 |
| 24 | ANTHOPHYLLITE | 1.9 | 0.19 | 10 |
| 25 | ANTHOPHYLLITE | 7.2 | 0.29 | 25 |
| 26 | TREMOLITE | 2.2 | 0.29 | 8 |
| 27 | TREMOLITE | 2.4 | 0.38 | 6 |



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 1.** Rayloc brake box.




**Figure 2.** Rayloc brake box and four brake shoes.



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 3.** Close-up of Rayloc brake shoe.




**Figure 4.** Surface of Rayloc brake shoe showing asbestos fibers protruding.



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 5.** TEM image (above) and x-ray spectrum (below) of a tremolite asbestos fiber found in Sample V0489 Rayloc brake.






You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 6.** TEM image (above) and x-ray spectrum (below) of an anthophyllite asbestos fiber found in Sample V0489 Rayloc brake.




MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 7.** TEM image (above) and x-ray spectrum (below) of an anthophyllite asbestos fiber found in Sample V0489 Rayloc brake.




MVA SCIENTIFIC CONSULTANTS



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)




**Figure 8.** SEM image of asbestos fibers released from Sample V0489 Rayloc brake onto a finger and transferred to an SEM stub.



You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)