# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO.: 3:16-cv-00778-MMH-PDB**

STACEY DOOLIN, as Personal Representative
of the Estate of RICHARD E. DOOLIN,

Plaintiff,

-vs-

AMERICAN OPTICAL CORPORATION, et al.,

Defendants.
_______________________________________/

# AFFIDAVIT OF STEVEN P. COMPTON, Ph.D.

The undersigned, Steven P. Compton, Ph.D., deposes and states as follows:

1. My name is Dr. Steven Compton and I am over the age of twenty-one (21) and this Affidavit is based upon my own personal knowledge.
2. On 31 March 2017, I issued a report in the above-styled case, which is attached hereto as Exhibit A.
3. I hereby swear to all of the content, information and opinions contained within my attached report, which are duly incorporated into this Affidavit.

I swear under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

31 MARCH 2017
Date

[signature]
Steven P. Compton, Ph.D.

I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments in the State and County aforesaid, appeared Dr. Steven Compton, who is [X] personally known to me or [ ] produced ________________________ as identification, who executed the foregoing Affidavit, and acknowledged before me that she executed same for the purpose therein expressed.

I have hereunto set my hand and affixed my official seal this 31st day of March, 2017.

[signature]
Notary Public

My commission expires: 10 October 2020

# **Exhibit A**

**Expert Report of Steven P. Compton, Ph.D.**
**In the matter of Stacey Doolin, as Personal Representative of the Estate of Richard Doolin vs. American Optical Corp., et al., United States District Court for the Middle District of Florida, Jacksonville Division, Case No.: 3:16-cv-00778-MMH-PDB**

## 1. Introduction

I was asked by The Ferraro Law Firm, P.A. to prepare an expert report concerning my opinions on asbestos-containing friction products in the case of Stacey Doolin, as Personal Representative of the Estate of Richard Doolin vs. American Optical Corp., et al., United States District Court for the Middle District of Florida, Jacksonville Division, Case No.: 3:16-cv-00778-MMH-PDB. I understand that this case involves Dr. Richard Doolin, who was diagnosed with mesothelioma in 2013, approximately one year prior to passing away in 2014. Dr. Doolin's father, Edward Doolin, worked as an automotive mechanic and instructor at Teen Challenge from approximately 1973 to 1983. During this time Dr. Doolin frequently visited his father and at times assisted with automotive repair work, like the removal and replacement of brakes and clutches.

I am a physicist and microscopist with experience in testing asbestos-containing products for fiber release. My resume is attached hereto in Appendix A. Information about my compensation is attached as Appendix B. A list of the cases in which I have testified either by deposition or at trial within the last four years is attached as Appendix C. I have reviewed two volumes of deposition testimony of Richard Doolin's father, Mr. Edward Doolin, taken on 19 January and 16 March 2017. I have also reviewed Plaintiff's Amended Wrongful Death Complaint and Demand for Jury Trial, dated 8 July 2016.

## 2. Friction Products

Friction materials such as brake and clutch linings often contained chrysotile asbestos as a component in the past. Scientists at MVA Scientific Consultants, including myself, have performed microscopic examinations or fiber release testing or both on asbestos-containing brakes and clutches manufactured or sold by Bendix, Rayloc, Abex, NAPA, Borg Warner, and many others. Using acid/base digestion procedures, trace amounts of amphibole asbestos have also been found in friction products (Tables D1 and D2, Appendix D). These investigations include examinations of numerous automotive and heavy duty friction products.

Asbestos fibers can be released during brake servicing from both removal and installation activities (see Appendix D references). Studies at MVA Scientific Consultants and data published in the scientific literature have shown that asbestos fibers are released into the breathing zone of the worker while sanding, filing, and grinding new brake linings as well as relining and replacing worn brakes (Table D3). Dust analyzed from a clutch system of a Ford truck was similar to dust previously examined from braking systems and therefore are expected to result in similar exposures during removal and replacement activities. Sweeping up the settled dust resulting from these activities can resuspend dust containing asbestos into the air, exposing the individual to asbestos fibers (Table D3).

### 3. Encapsulation and Releasable Fibers in Friction Products

The question of whether or not all asbestos fibers are completely bound or encapsulated in friction material is one that has been studied by microscopy. A close examination of the surfaces of used and unused brakes and clutches from a number of manufacturers showed that although most of the asbestos is indeed bound within a binder, asbestos fibers were present on the surface and on the edges of the friction materials. The asbestos fibers are uncoated and protruding from the friction product surface. The asbestos fibers are available to be released into the air upon rubbing or abrasion.

### 4. Opinions about Dr. Doolin's Exposure to Friction Products

It is my opinion that asbestos-containing friction materials can release asbestos fibers into the air during various operations including inspection and replacement of brakes and clutches. Dr. Doolin was exposed to significant levels of asbestos fibers in his breathing zone while working with and around others working with asbestos-containing friction parts, including those parts manufactured, distributed, or sold by Bendix, Rayloc, Borg Warner and manufacturers that Dr. Doolin either personally worked on or was a bystander to as testified by Richard's father, Edward Doolin. The exposures varied from day to day in the ranges described in Table D3 from MVA studies and the cited literature depending on the specific activities performed. For example, use of compressed air to clean asbestos-containing dust from brake drum assemblies can lead to exposures ranging from less than 0.1 fibers per cubic centimeter (f/cc) to as high as 29.8 f/cc. Hand sanding new friction linings prior to installation has shown concentrations of asbestos ranging from 0.6 f/cc to 2.2 f/cc for the individual performing that work.

### 5. Basis of Opinions

My opinions are to a reasonable degree of scientific certainty and are based on my education, training, and experience as well as the research reports by MVA Scientific Consultants and other documents listed or referenced in Appendices D and E of this expert report.

EXECUTED BY
ELECTRONIC
SIGNATURE

Steven P. Compton, Ph.D.
MVA Scientific Consultants
3300 Breckinridge Blvd, Suite 400
Duluth, GA 30096

MVA 11989
31 March 2017

# Appendix A

## Resume

**MVA Scientific Consultants**
**3300 Breckinridge Boulevard, Suite 400**
**Duluth, Georgia 30096**
**(770) 662-8509**

# Steven Patrick Compton, Ph.D.

---

## WORK EXPERIENCE:

Executive Director (October 2014 – Present), MVA Scientific Consultants. Director and project leader in charge of client interactions, report writing and review, in addition to Research Scientist roles of analytical testing and research.

Senior Research Scientist (March 2011 – October 2014), MVA Scientific Consultants. Project leader in charge of client interactions, report writing and review, in addition to Research Scientist roles of analytical testing and research.

Research Scientist (October 2009 – March 2011), MVA Scientific Consultants. Laboratory scientist with expertise in spectroscopy and microscopy; specializing in asbestos analysis and research, particulate characterization by scanning electron and transmission electron microscopy, and methods development.

Teaching Assistant (2003-2009), Dept. of Physics and Astronomy, University of Georgia. Laboratory instructor for classes in Introductory Physics for both science and non-science majors. Received the Outstanding Teaching Assistant Award in Spring 2005. Head Teaching Assistant from 2005-2006. Instructor for a graduate level seminar class focused on teaching in a university setting.

Research Assistant (2001-2009), Dept. of Physics and Astronomy, University of Georgia. Laboratory Assistant to Dr. Uwe Happek focusing on fabrication of phosphor materials and characterization via optical spectroscopy and microscopy.

## EDUCATION:

Ph.D., Physics, University of Georgia, 2009
(Dissertation: "Upconversion and Near Infrared Spectroscopy of Erbium Doped Calcium Sulfide", 76 p.)

B.S., Physics (Certificate in Computer Science),
University of Georgia, 2003

**CONTINUING EDUCATION COURSES:**

The Environmental Institute, Asbestos in Buildings: Work Practices for Operations & Maintenance Personnel, July 29-31, 2013, Onsite Training: MVA Scientific Consultants, Duluth, GA (Instructor: David W. Hogue)

The Environmental Institute, Asbestos in Buildings: Air Sampling and Analysis (NIOSH 582 Equivalent), September 10-14, 2012, Marietta, GA (Instructor: Thomas Laubenthal)

McCrone Research Institute, Applied Polarized Light Microscopy & Forensic Microscopy, March 29-April 2, 2010, Chicago, IL (Instructor: Sebastian Sparenga)

MVA Scientific Consultants, TEM Asbestos Analysis, January 5-7, 2010, Duluth, GA (Instructor: James Millette)

The Environmental Institute, Asbestos in Buildings: Inspection and Assessment, October 11-15, 2009, Marietta, GA (Instructor: David W. Hogue)

**PUBLICATIONS:**

J. R. Millette and S. P. Compton , "Analysis of Vermiculite for Asbestos and Screening for Vermiculite from Libby, Montana," The Microscope 63 (2), p 59-75 (2015).

M. R. Cavaliere and S. P. Compton, "Nanoparticle Characterization and Analysis of Airborne Titanium Dioxide in Powdered Cosmetics," Tech. Proc. 2013 NSTI Nanotech Conference, Vol. 3 (5), p 481-484 (2013).

S. P. Compton and J. R. Millette, "Airborne Asbestos Exposure from Gooch Fiber Use," The Microscope 60 (4), p 165-170 (2012).

J. R. Millette, S. Compton, W. L. Turner Jr., S. M. Hays, S. Kenoyer, W. B. Hill and P. S. Chepaitis, "Characterization of Coal Ash Including Fly Ash Particles," The Microscope 60 (2), p 73-84 (2012).

S. Compton and M. Cavaliere, "Microscopical Analysis of Consumer Products Containing Carbon Nanotubes: Determining Potential Airborne Release," Microscopy and Microanalysis 17 (S2), p 1556-1557 (2011).

J. Millette, H. Rook, and S. Compton, “Application of ASTM Standard Practice D6602 in the Investigation of Outdoor Environmental Surface Particulate Including Darkening Agents,” Journal of ASTM International, Vol. 8, Issue 9 (2011).

R. Roesch, S. Cox, S. Compton, U. Happek, and M. Corredig, "κ-Carrageenan and β-lactoglobulin interactions visualized by atomic force microscopy," Food Hydrocolloids, Vol. 18, p 429-439 (2004).

R. Vaidyanathan, J. L. Stickney, S. M. Cox, S. P. Compton, and U. Happek, "Formation of $In_2Se_3$ Thin Films and Nanostructures Using Electrochemical Atomic Layer Epitaxy," Journal of Electroanalytical Chemistry, V. 559, 15 Nov. 2003, p 55-61.

**PRESENTATIONS/UNPUBLISHED WORKS:**

Instructor for TEM Asbestos Analysis, MVA Scientific Consultants, annually from 2012 to present.

Instructor for Georgia Microscopical Society Annual “Young People’s Course: Learning to Use the Microscope,” MVA Scientific Consultants, annually from March 2011 to present.

"Resuspension of Settled Asbestos Dust - A Review of Exposure Assessments Related to Cleaning Asbestos Dust and Laundering Asbestos Contaminated Clothing," S. Compton, EIA National Conference, Orlando, FL, 27 March 2017.

"Poisson Distributions for Counting Methods: What To Do When Your Data Looks Normal Instead of Fishy," S. Compton, Conference on Detection Limits, Raleigh, NC, 31 August 2016.

"Encapsulation Within Asbestos-Containing Materials: Fact or Myth?," S. Compton, ASTM Beard Conference, San Antonio, TX, 28 January 2016.

"Comparison of Erionite from Different Locations by Scanning Electron Microscopy," S. Compton, ASTM Symposium on Natural Occurrences of Asbestos, Anaheim, CA, 30 April 2015.

"What's Old is New and What's New is Old - A Review of Recent Case Studies," S. Compton, EIA National Conference, Atlanta, GA, 26 March 2015.

"Aerosolization of Carbon Nanotubes for the Development of Reference Air Samples," M. Cavaliere, S. Compton, Nanotech Conference, Washington, DC, June 2014.

"The Microscopy of Asbestos Products: Case Studies of the Unique and Interesting," S. Compton, Inter/Micro, Chicago, IL, 16 July 2013.

"Environmental Forensics: Solving Cases through Physics-Based Critical Thinking and Microscopy," S. Compton, University of Georgia – Physics Awards Ceremony, Athens, GA, 25 April 2013.

"The Microscopy of Asbestos Products," S. Compton, Georgia Microscopical Society Meeting, Duluth, GA, 27 March 2013.

"Use of PLM, SEM, TEM and Raman in the Characterization of Coal Ash (Fly Ash)," J. Millette, S. Compton, American Association for Aerosol Research, Orlando, FL, 4 October 2011.

"Microscopical Analysis of Consumer Products Containing Carbon Nanotubes: Determining Potential Airborne Release," M. Cavaliere, S. Compton, Microscopy & Microanalysis, Nashville, TN, 8 August 2011.

"A Case Study of Asbestos Exposure in the Laboratory," S. P. Compton, ASTM Johnson Conference, Burlington, VT, 28 July 2011.

"Creating a Standard Terminology Document for D22.07, Asbestos Sampling and Analysis," S. P. Compton, ASTM, San Antonio, TX, 11 October 2010.

"Using Aqueous Elutriation to Isolate Respirable Fractions of Asbestos Fibers from Talc," S. P. Compton, Inter/Micro, McCrone Research Institute, 13 July 2010.

“Electrochemical Atomic Layer Epitaxy: Deposition of PbSe, PbTe, and PbSe/PbTe Superlattice Thin Films,” S. P. Compton et al., APS South Eastern Section Meeting, Auburn University Hotel, 31 October 2002.

“Electrochemical Atomic Layer Epitaxy: Deposition of $In_2Se_3$ Thin Films,” S. M. Cox, S. P. Compton et al., Annual APS March Meeting, Indiana Convention Center, 18 March 2002.

**PROFESSIONAL AFFILIATIONS:**

ASTM International D22.01 “Sampling and Analysis of Atmospheres: Quality Control”

ASTM International D22.07 “Sampling and Analysis of Asbestos”

(Award of Appreciation, April 2012)

ASTM International D24 “Carbon Black”

ASTM International E56 “Nanotechnology”

American Association for Aerosol Research

American Physical Society

Environmental Information Association

Microscopy Society of America

Georgia Microscopical Society (Elected Secretary, 2014-2016)

# Appendix B

## Compensation

Compensation for Steven P. Compton is paid to MVA Scientific Consultants at the rate of $375 per hour for research and consulting (the same rate as is charged other non-litigation clients) and $550 per hour for testimony either by deposition or at trial.

# Appendix C

## List of Prior Testimony

# Testimony of Steven P. Compton, Ph.D.

## As an Expert Witness in Trial and Deposition
## Within the Last Five Years, As of March 31, 2017

| | |
|---|---|
| Melvin Desin vs. Asbestos Corporation Limited, et al., Superior Court of California, San Francisco, No. CGC-11-275881 | 07/02/12 |
| Larry Robertson and Doris Robertson vs. Thomas Dee Engineering Company et al., Superior Court of California, San Francisco, No. CGC-11-275909 | 07/26/12 |
| Ralph Warner and Betty Warner vs. Crown Cork & Seal Company, Inc., et al., Superior Court of California, San Francisco, No. CGC-10-275667 | 08/02/12 |
| David Wilson, et al. vs. Foster Wheeler LLC (FKA Foster Wheeler Corporation), et al., Superior Court of California, San Francisco, No. CGC-10-275622 | 08/16/12 |
| Vickey Woolley, et al. vs. Dowman Products, Inc., et al., Superior Court of California, San Francisco, No. CGC-10-275660 | 08/28/12 |
| Vincent Monaco vs. Asbestos Corporation Limited, et al., Superior Court of California, Los Angeles, No. BC473091 | 08/30/12 |
| Michael Villaverde Trial, Superior Court of California, San Francisco, No. CGC-10-275729 | 09/06/12 |
| Vincent Monaco vs. Asbestos Corporation Limited, et al., Superior Court of California, Los Angeles, No. BC473091 | 09/24/12 |
| Kenneth Ellingsen vs. Asbestos Defendants, Superior Court of California, San Francisco, No. CGC-09-275319 | 10/02/12 |
| Bobbie and Leland Holloway vs. Calpac Homes, Inc. et al., Superior Court of California, Los Angeles, No. BC474892/JCCP4674 | 10/04/12 |
| Leonita Mortenson, Superior Court of California, San Francisco, No. CGC-11-275795 | 10/10/12 |
| John Horton Jr and Monique Horton vs. Metropolitan Life Insurance Co., et al., Superior Court of California, San Francisco, No. CGC-11-275768 | 10/16/12 |
| Geraldine Hilt, Superior Court of California, San Francisco, No. CGC-10-275703 | 10/18/12 |
| Kenton Shaiffer, Superior Court of California, San Francisco, No. 275800 | 10/24/12 |
| Delmar Stephens vs. C. C. Moore & Co. Engineers, et al., Superior Court of California, San Francisco, No. CGC-10-275705 | 11/1/12 |
| Harry and Sharon Carpenter vs. Crown Cork & Seal Company, Inc. et al., Superior Court of California, San Francisco, No. CGC-11-275760 | 11/6/12 |
| Janette Denham, Superior Court of California, San Francisco, No. 275215 | 11/9/12 |
| Charles Vasser vs. Bartells Asbestos Settlement Trust et al., Superior Court of Washington | 11/29/12 |
| Earl Stanley Jones and Margot McMartin vs. Bartells Asbestos Settlement Trust, et al., Superior Court of Washington, King County, No 11-2-29859-1 SEA | 12/6/12 |
| Gloria McClain, et al. vs. Asbestos Corporation Limited, et al., Superior Court of California, San Francisco, No. CGC-10-275596 | 12/13/12 |

| | |
|---|---|
| David and Gail De Ceoursty vs. Thomas Dee Engineering, et al., Superior Court of California, San Francisco, No. CGC-12-275997 | 12/20/12 |
| Charles Peterson, Superior Court of California, San Francisco, No. CGC-09-275313 | 1/3/13 |
| Arnold Black, Superior Court of California, San Francisco, No. CGC-09-275369 | 1/8/13 |
| Richard Luros, M.D., and Barbara Luros vs. Amcord, Inc., et al., Superior Court of California, Alameda County, No. RG11 600370 | 1/10/13 |
| James Aday vs. Sequoia Ventures Inc., et al., Superior Court of California, Los Angeles, JCCP No. 4674, OCSC No. 30-2010-00350155 | 1/17/13 |
| Paul Pratt vs. Asbestos Defendants, et al., Superior Court of California, San Francisco, No. CGC-09-275243 | 1/24/13 |
| Edward Shortall vs. Dana Companies, LLC, et al., Superior Court of California, San Francisco, No. CGC-09-275222 | 2/12/13 |
| Patricia Casey et al. vs. Kaiser Gypsum Company, Inc., et al., Superior Court of California, San Francisco, No. CGC-11-275879 | 2/14/13 |
| George Gregorio vs. Crane Co, et al., Shasta County Superior Court, No 168509 | 2/28/13 |
| Jerry L. Cates and Judith Cates vs. Certainteed Corporation et al., Superior Court of California, San Francisco, No. CGC-12-275993 | 3/6/13 |
| Henry Goring vs. Asbestos Defenants et al., Superior Court of California, San Francisco, No CGC-10-275484 | 3/8/13 |
| Frederick Spencer III vs. Sequoia Ventures Inc., et al., Superior Court of California, San Francisco, No. CGC-10-275706 | 3/12/13 |
| Jerry L. Cates and Judith Cates vs. Certainteed Corporation et al., Superior Court of California, San Francisco, No. CGC-12-275993 - Continuation | 3/14/13 |
| Randall Wilkins vs. Hamilton Materials, Inc., et al., Superior Court of California, San Francisco, No. CGC-11-275791 | 3/19/13 |
| Ronnie Cameron vs. C. C. Moore & Co. Engineers, et al., Superior Court of California, San Francisco, No. CGC-11-275764 | 3/22/13 |
| Henry Goring vs. Asbestos Defenants et al., Superior Court of California, San Francisco, No CGC-10-275484 (Volume II) | 3/26/13 |
| Randall Wilkins vs. Hamilton Materials, Inc., et al., Superior Court of California, San Francisco, No. CGC-11-275791 (Continuation) | 3/28/13 |
| Jack Marlar vs. Amcord, Inc., et al., Superior Court of California, Orange County, No 30-2009 00308106 | 4/2/13 |
| Robert Enyeart vs. Asbestos Defendants et al., Superior Court of California, San Francisco, No. 275903 | 4/4/13 |
| Clayton Novotney vs. Crown Cork & Seal Company, Inc et al., Superior Court of California, San Francisco, No CGC-10-275711 | 4/18/13 |
| Joseph Ocacio v. Coltec Industries, Inc., et al., Superior Court of California, San Francisco, No CGC-10-275556 | 5/2/13 |
| Rosita Pique, et al. v. Dana Companies, LLC, et al., Superior Court of California, San Francisco, No CGC-08-274659 | 5/9/13 |

| | |
|---|---|
| John Perniz and Mary Beth Perniz v. Sequoia Ventures, Inc., et al., Superior Court of California, San Francisco, No CGC-12-275988 | 5/23/13 |
| Robert Ross and Jean Ross v. C.C. Moore & Co. Engineers, et al., Superior Court of California, San Francisco, No CGC-10-275731 | 5/30/13 |
| Vickie Moore (WD: Loyd Duggins) et al. v. Certainteed Corporation, et al., Superior Court of California, Los Angeles, No, JCCP No. 4674, OCSC No. 30-2010-00383490 | 6/4/13 |
| Pearl Lina Beckman – Executrix of the Estate of Paul Everett Beckman, Sr. (No. 12-C-1872-KAN), Deborah L. Bennett – Executrix of the Estate of James L. Bennett, Deceased (No. 12-C-873-KAN), Eustace Blake and Della Blake (No. 11-C-1585-KAN), Robert Lee Boggess – Executor of the Estate of Norma Boggess, deceased (No. 12-C-1050-KAN), James D. Hess – Executor of the Estate of Charles Victor Bonham, deceased (No. 12-C-1595-KAN), Romie Coe and Joyce Ann Coe (No. 12-C-383-KAN), Donald R. Creel and Joyce Creel (No. 12-C-985-KAN), Randy Carson Fields and Mabel Lou Fields (No. 12-C-1388-KAN), Sharon Hudson – Executrix of the Estate of Theodore Ray Hudson (No. 12-C-636-KAN), James M. Lawrentz and Sandra Lawrentz (No. 12-C-984-KAN), Tammy Purinton – Executrix of the Estate of James R. Newman, Jr. and Mary Lou Newman (No. 12-C-1759-KAN), Mary J. Peters – Administratrix of the Estate of Roscoe Peters and Mary J. Peters (No. 12-C-1871-KAN), June 2013 Trial Group, Circuit Court of Kanawha County, West Virginia, Civil Action No. 03-C-9600 | 6/6/13 |
| John Perniz and Mary Beth Perniz v. Sequoia Ventures, Inc., et al., Superior Court of California, San Francisco, No CGC-12-275988 | 6/13/13 |
| John Perniz and Mary Beth Perniz v. Sequoia Ventures, Inc., et al., Superior Court of California, San Francisco, No CGC-12-275988 | 6/25/13 |
| Andrea Neubo and Jeffrey Neubo, v. Crane Co. et al., Superior Court of California, San Diego, No. 37-2011-00093999-CU-AS-CTL | 6/28/13 |
| Robert Hanson v. Sequoia Ventures, Inc., et al., Superior Court of California, San Francisco, No. CGC-10-275624 | 7/3/13 |
| Edward Lee v. Thomas Dee Engineering Company, et al., Superior Court of California, San Francisco, No. CGC-11-275898 | 7/11/13 |
| Franklin Schwab and Patricia Schwab v. Pneumo Abex LLC, et al., Superior Court of California, Santa Cruz, No. CISCV 175361 | 7/23/13 |
| Andrea Neubo and Jeffrey Neubo, v. Crane Co. et al., Superior Court of California, San Diego, No. 37-2011-00093999-CU-AS-CTL | 7/25/13 |
| Robert Hanson v. Sequoia Ventures, Inc., et al., Superior Court of California, San Francisco, No. CGC-10-275624 | 8/1/13 |
| John Witkowski and Eleanor Witkowski v. Asbestos Corporation Limited, et al., Superior Court of California, Placer County, No. SCV 0032044 | 8/8/13 |
| Sammie Bonner v. Georgia-Pacific Corp. et al., Superior Court of California, San Francisco, No. CGC-11-275748 | 8/15/13 |
| James Chesser v. Certainteed Corporation et al., Superior Court of California, Los Angeles, No. BC463000/JCCP4674 | 8/22/13 |
| James Chesser v. Certainteed Corporation et al., Superior Court of California, Los Angeles, No. BC463000/JCCP4674 | 8/29/13 |

| | |
|---|---|
| Jack Clapp Jr. as Personal Representative for the Estate of Jack Melvin Clapp Sr., deceased v. Albany International Corporation et al., Superior Court of Washington, King County, No. 10-2-41565-3 | 9/5/13 |
| Elvin Gazzano v. Asbestos Defendants, et al., Superior Court of California, San Francisco, No. CGC-10-275524 | 9/12/13 |
| Marvin Londene v. Ingersoll-Rand Co. et al., Superior Court of California, San Francisco, No. CGC-11-275858 | 9/19/13 |
| Gonzalez and Parsons v. ACandS, Inc. et al., Circuit Court of Baltimore City, No. 24X08000439 | 9/27/13 |
| Sandy Siegel, et al. (WD: John Siegel) v. Asbestos Defendants, Superior Court of California, San Francisco, No. CGC-06-456189 | 10/3/13 |
| Aaron Arnett and Alma Bailey Arnett v. 3M Company, et al., Circuit Court of Kanawha County, West Virginia, Civil Action No. 13-C-131 KAN | 10/10/13 |
| Carlos Stapleton and Carlotta Stapleton v. Air & Liquid Systems Corporation et al., Superior Court of California, San Diego, No. 37-2011-00084525-CU-AS-CTL | 10/16/13 |
| Donald Tayon et al. (WD: Laura Tayon) v. Amcord Inc. et al., Superior Court of California, San Francisco, No. CGC-11-275932 | 11/7/13 |
| John Brezonick and Sandra Brezonick v. A. W. Chesterton Co., et al., Milwaukee County, Wisconsin, Case No. 12-CV-13189 | 11/14/13 |
| Delmar Stephens v. C.C. Moore & Co. Engineers, et al., Superior Court of California, San Francisco, No. CGC-10-275705 | 12/5/13 |
| Carroll Cline and Ruehl Cline v. Asbestos Corporation Limited, et al., Superior Court of California, San Francisco, No. CGC-12-276016 | 12/19/13 |
| John Brezonick and Sandra Brezonick v. A. W. Chesterton Co., et al., Milwaukee County, Wisconsin, Case No. 12-CV-13189 | 1/2/14 |
| Rosemary Radosta v. Lorillard Tobacco Co., et al.,Civil District Court for the Parish of Orleans, State of Louisiana, No. 13-6722, Division "H", Section 12 | 1/8/14 |
| Eugene Nicoletti v. Honeywell International, Inc., et al., Superior Court of California, Los Angeles, No. BC494012 | 1/16/14 |
| Eugene Nicoletti v. Honeywell International, Inc., et al., Superior Court of California, Los Angeles, No. BC494012 (continuation of 1/16/14) | 1/17/14 |
| Arthur Whelan v. AO Smith Corp., et al., Superior Court of New Jersey, Middlesex County, No. MID-L-7161-12AS | 1/23/14 |
| Myron Youngbluth v. Asbestos Defendants, Superior Court of California, San Francisco, No. CGC-09-275429 | 1/30/14 |
| Kenny Sawyer and Lynne Sawyer v. Asbestos Corporation Limited, et al., Superior Court of California, Alameda County, No. RG-12-644778 | 2/6/14 |
| Kenny Sawyer and Lynne Sawyer v. Asbestos Corporation Limited, et al., Superior Court of California, Alameda County, No. RG-12-644778 | 2/20/14 |
| Donald Laningham and Ruth Laningham v. Airco, Inc., et al., Circuit Court of Jackson County, Sixteenth Judicial Circuit, Missouri, No. 1216-CV14564 | 2/25/14 |
| Willie F. Brown v. Associated Insulation of California, et al., Superior Court of California, San Francisco, No. CGC-12-275966 | 2/27/14 |

| | |
|---|---|
| Edward Schlimmer v. Asbestos Defendants, Superior Court of California, San Francisco, No. CGC-09-275231 | 3/14/14 |
| Willie F. Brown v. Associated Insulation of California, et al., Superior Court of California, San Francisco, No. CGC-12-275966 | 3/18/14 |
| James Barbee, et al. v. Asbestos Corporation Limited, et al., Superior Court of California, San Francisco, No. CGC-11-275889 | 3/25/14 |
| Wayne and Genevieve Runnestrand v. Honeywell International, Inc., et al., Superior Court of California, San Francisco, No. CGC-13-276211 | 3/27/14 |
| David Lorenzen v. Honeywell International Inc., et al., Superior Court of California, Alameda County, No. RG13682872 | 4/3/14 |
| Gerry Brooks and Diana Brooks v. Asbestos Defendants, et al., Third Judicial District Court in and for Salt Lake County, Utah, Case No. 130902916 AS | 4/16/14 |
| Willard Braswell, Sr., et al. (James Warfield) v. ACandS, Inc., et al., Circuit Court for Baltimore City, Case No. 24x07000080 | 4/29/14 |
| Paul H. Pratt, Jr. v. 3M Company, et al., Commonwealth of Massachusetts, Middlesex County, C.A. No. 13-3888 | 5/6/14 |
| Nilas Henning and Marina Henning v. ABB, Inc., et al., Superior Court of California, Los Angeles, No. BC526969 JCCP4674 | 5/8/14 |
| Nilas Henning and Marina Henning v. ABB, Inc., et al., Superior Court of California, Los Angeles, No. BC526969 JCCP4674 | 5/15/14 |
| Nilas Henning and Marina Henning v. ABB, Inc., et al., Superior Court of California, Los Angeles, No. BC526969 JCCP4674 | 5/20/14 |
| David Lorenzen v. Honeywell International Inc., et al., Superior Court of California, Alameda County, No. RG13682872 | 5/22/14 |
| Iva McGrew (WD: Clarence McGrew) v. Asbestos Corporation Limited, et al., Superior Court of California, San Francisco, No. CGC-12-276094 | 5/27/14 |
| Susan Graves (WD: Oliver Rhodes) v. Albany International Corporation, et al., Superior Court for the State of Washington, King County, No. 10-2-43506-9 SEA | 6/5/14 |
| Lorene Wirt (WD: Clarence Gansberg) v. Alfa Laval, Inc. et al., Superior Court of California, Los Angeles, No. BC461889 JCCP4674 | 6/13/14 |
| Raymond Byrum and Carol Byrum v. Crane Co., et al., Superior Court of California, Los Angeles, No. JCCP4675 | 7/1/14 |
| Donald Shackles and Aster Shackles v. Asbestos Defendants, et al., Superior Court of California, Alameda County, No. RG12661551 | 7/3/14 |
| Charles M. Stephens v. CBS Corporation, et al., Superior Court of Washington, Pierce County, No. 13-2-10748-7 | 7/11/14 |
| Andres Lerma and Josie Lerma v. Honeywell International, Inc., et al., Superior Court of California, Los Angeles, No. JCCP4674 BC515424 | 9/3/14 |
| Robert Whalen and Linda Whalen v. John Crane, Inc., et al., Superior Court of California, Alameda County, No. RG14711964 | 9/9/14 |
| Roderick Johnston, Jr. and Rosalyn Johnston v. CertainTeed Corporation, et al., Superior Court of California, Los Angeles, No BC489351 | 9/11/14 |

| | |
|---|---|
| Angelo Diaz, et al., v. Airco, Inc., et al., Circuit Court of Jackson County, Missouri at Kansas City, No. 1316-CV01016 | 9/17/14 |
| Robert Whalen and Linda Whalen v. John Crane, Inc., et al., Superior Court of California, Alameda County, No. RG14711964 | 10/14/14 |
| Raymond Finerty and Mary Finerty v. Abex Corporation, f/k/a American Brake Shoe Company, et al., Supreme Court of the State of New York, New York County, Index No.: 190187/10 | 10/15/14 |
| Judy Metcalf, as Wrongful Death Heir, and as Successor-in-Interest to Thomas Metcalf, Deceased; et al., v. Associated Insulation of California, et al., Superior Court of California, Sonoma County, No. SCV253530 | 10/23/14 |
| Stephen and Paula Windham v. Pnuemo Abex LLC, et al., Superior Court of California, Solano County, No. FCS041884 | 11/20/14 |
| Lewis and Mary Nash v. A.W. Chesterton, et al., Supreme Court of New York, Onondaga Co., No. 2012-719 | 12/5/14 |
| Thomas Handy, Jr., et al., v. Owens Corning Corporation, et al., State of Louisiana, Jefferson Parrish, No. 2014-5392 | 12/9/14 |
| Stephen and Paula Windham v. Pnuemo Abex LLC, et al., Superior Court of California, Solano County, No. FCS041884 (continuation) | 01/08/15 |
| Edna Jaynes, individually and as successor in interest to the estate of James Jaynes, deceased, et al., v. Ace Hardware Corporation et al., Superior Court of California, Los Angeles Co., No. BC468219 | 1/15/15 |
| Susan Roush, as successor in interest and legal heir to Howard Henderson, et al., v. Sequoia Ventures Inc., et al., Superior Court of California, San Francisco Co., No. CGC-11-275780 | 1/27/15 |
| Kaari Martin, as Wrongful Death Heir, and as Successor-in-Interest to Ronald Martin, Deceased; et al., v. Asbestos Defendants, Superior Court of California, Butte County, No. 154947 | 2/19/15 |
| Sharron Dowell (Lynda LaFrance) as Wrongful Death Heir, and as Successor-in-Interest to John Metcalfe, Deceased; et al., v. Duro Dyne Corporation, et al., Superior Court of Califonia, Alameda County, No. RG12660831 | 3/5/15 |
| Shirley A. Sala, individually and as personal represetative of the Estate of Ernest J. Sala, Jr.; et al., v. American Honda Motor Co., Inc., et al., Superior Court of California, Alameda County, No. RG12622518 | 3/10/15 |
| Barry Kelly and Molly Kelly v. CBS Corporation (FKA Viacom Inc., FKA Westinghouse Electric Corporation), et al., United States District Court, Northern District of California, San Francisco Division, No. 3:11-cv-03240-VC | 5/5/15 |
| Kenneth Wilkinson v. Allied Packing & Supply, et al., Superior Court of California, Alameda County, No. RG14729071 | 5/7/15 |
| Barry Kelly and Molly Kelly v. CBS Corporation (FKA Viacom Inc., FKA Westinghouse Electric Corporation), et al., United States District Court, Northern District of California, San Francisco Division, No. 3:11-cv-03240-VC | 5/13/15<br>5/15/15 |
| Alan Spalding and Linda Spalding v. Certainteed Corporation, et al., Superior Court of California, Santa Clara County, No. 1-14-CV-269443 | 5/28/15 |

| | |
|---|---|
| Pablo Gonzalez, individually, and as Personal Representative of the Estate of Pablo Gonzalez v. Bennett Auto Supply, etc., et. al., Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, No. 13-031838 CA 42 | 6/4/15 |
| Bettye Stacey, Individually and as Special Administrator of the Estate of Billy Stacey, Deceased v. American Optical Corp., et. al., Circuit Court Third Judicial Circuit Madison County, Illinois, No. 13-L-1857 | 6/25/15 |
| Kenneth C. Reed and Ruth Reed v. 3M Co. (f/k/a Minnesota Mining & Manufacturing Co.), et al., Connecticut Superior Court J.D. Fairfield at Bridgeport | 6/29/15 |
| James J. Desouza and Jacquiline A. Desouza v. AP Exhaust Products, Inc., et al., Circuit Court Third Judicial Circuit Madison County, Illinois, No. 14-L-1604 | 7/7/15 |
| Irene L. Droy, Individually and as Special Administrator for the Estate of Robert A. Droy, deceased v. Air & Liquid System Corporation successor by merger to Buffalo Pumps, Inc., et al., Circuit Court Third Judicial Circuit Madison County, Illinois, No. 14-L-1647 | 7/7/15 |
| Sebrina Smith, et al. as Personal Representatives for the Estate of Leonard C. Smith, III v. Bird & Son, Inc., et al., Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, No 2010-CA-000905 | 7/14/15 |
| Pablo Gonzalez, individually, and as Personal Representative of the Estate of Pablo Gonzalez v. Bennett Auto Supply, etc., et. al., Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, No. 13-031838 CA 42 | 7/20/15 |
| Andrew S. Witinski v. American Optical Corp., et al.; Bruce D. Parri and Rosemarie Parri v. American Optical Corp., et al.; Charles A. Andes and Nancy Andes v. American Optical Corp., et al.; (Miami-Dade Case Docket), Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Nos. 03-07758, 03-07535, 03-07113 | 7/23/15 |
| Ernest Douglas Peterson and Betty Jane Peterson v. Honeywell Incorporated, et al., 26th Judicial District Parish of Bossier, Louisiana, No. C-139818 "A" | 8/13/15 |
| Alan Spalding and Linda Spalding v. Certainteed Corporation, et al., Superior Court of California, Santa Clara County, No. 1-14-CV-269443 | 8/31/15 |
| Daniel Helm and David Helm, as Wrongful Death Heirs, and as Successors-in-Interest to Lynn Helm, Deceased v. Pneumo Abex LLC, et al., Superior Court of California, Alameda County, No. RG13681548 | 9/3/15 |
| LaFerne Gregory, as Successor-in-Interest to, and as Wrongful Death Heir of, Bernard Gregory, Deceased, et al. v. Alta Building Material Co., et al., Superior Court of California, San Francisco County, No. CGC 11-275912 | 9/10/15 |
| Joanne Russell, as Personal Representative of the Estate of Richard Russell, Deceased, v. Borg Warner Corp., et al., Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, No. 13-01671 (27) | 9/15/15 |
| Richard Whittenburg and Shuiyu Hu v. John Crane Inc., et al., Solano Superior Court, California, No. FCS045200 | 10/6/15 |
| Jay W. Fair and Teresa Fair v. Pneumo Abex LLC, et al., Los Angeles County Superior Court, Case No. BC500628 | 10/13/15 |

| | |
|---|---|
| Johanna M. Stobie, Individually and as Personal Representative of the Estate of Michael L. Stobie v. The Boeing Company, et al., Superior Court of Washington, Pierce County, No. 15-2-05083-0 | 10/21/15 |
| Daniel Helm and David Helm, as Wrongful Death Heirs, and as Successors-in-Interest to Lynn Helm, Deceased v. Pneumo Abex LLC, et al., Superior Court of California, Alameda County, No. RG13681548 | 10/22/15 |
| Mary Coppock, et al., v. Asbestos Corporation Limited, et al., Superior Court of California, Alameda County, No. RG12646383 | 11/10/15 |
| In Re: All Asbestos Litigation Filed by Gori Julian & Associates, P.C. v. Crane Co., et al., Third Judicial Circuit Court, Madison County, Illinois, No. 95ASALLLIT | 11/19/15 |
| Richard Hahn and Susan Hahn, v. Certainteed Corporation et al., Superior Court of California, San Francisco, No. CGC-15-276437 | 12/3/15 |
| Walter Herndon and Anne Herndon, his wife v. A.O. Smith Corporation, et al., Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 13-024364 CA 27 | 12/10/15 |
| Irma Saldana and Fernando Banegas v. Bayer Cropscience, Inc., et al., Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No.: 15-3142-CA-42 | 12/15/15 |
| Sarita Olley, as Executor of the Estate of David Olley v. 84 Lumber Company, et al., Supreme Court of the State of New York, Lewis County, Index No. 2013/000379 | 1/13/16 |
| Richard Hahn and Susan Hahn, v. Certainteed Corporation et al., Superior Court of California, San Francisco, No. CGC-15-276437 | 01/15/16 |
| Elisabeth Smith, as Wrongful Death Heir, and as Successor-in-Interest to Charles Allen Smith, Deceased; et al. v. 3M Company, et al., Superior Court of California, County of Riverside, No. RIC 1217208 | 2/18/16 |
| Milton Chelf v. Bartells Asbestos Settlement Trust, et al., Superior Court of the State of Washington for Clark County, No. 14-2-03071-5 | 2/23/16 |
| Milton Chelf v. Bartells Asbestos Settlement Trust, et al., Superior Court of the State of Washington for Clark County, No. 14-2-03071-5 | 2/26/16 |
| Amber D. Ellis, as Personal Representative of the Estate of Jacqueline Goodson vs. AstenJohnson Inc., et al., Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No.: 12-30748(27) | 3/22/16 |
| Ashlyn M. Hutto, Individually and as Personal Representative of the Estate of James W. Hutto, Jr., Deceased vs. Borg-Warner Morse Tec, Inc., et al., Court of Common Pleas for Charleston County, South Carolina, C/A No. 14-CP-10-466 | 3/24/16 |
| Donna Lee Harrison and Jerry Harrison vs. Borg Warner Tec, LLC, as successor by merger to Borg-Warner Corporation, et al., Twenty-Second Judicial Circuit Court of the State of Missouri, Case No. 1522-CC09759 | 3/31/16 |
| William C. Roverano and Jacqueline Roverano, h/w vs. Honeywell International, Inc., et al., Court of Common Pleas for Philadelphia County, Pennsylvania, March Term - 2014, Case No. 1123 | 4/1/16 |

| | |
|---|---|
| Donna Lee Harrison and Jerry Harrison vs. Borg Warner Tec, LLC, as successor by merger to Borg-Warner Corporation, et al., Twenty-Second Judicial Circuit Court of the State of Missouri, Case No. 1522-CC09759 | 4/4/16 |
| James Angus and Juana Angus vs. Asbestos Corporation Limited, et al., Superior Court of the State of California for the County of San Francisco, Case No. CGC-14-276282 | 4/21/16 |
| Kenneth C. Reed and Ruth Reed v. 3M Co. (f/k/a Minnesota Mining & Manufacturing Co.), et al., Connecticut Superior Court J.D. Fairfield at Bridgeport | 4/21/16 |
| Vera Bernstein and Joel Bernstein v. RJ Reynolds Tobacco Company, as successor to Lorillard Tobacco Company and Hollingsworth & Vose Co., US District Court, Southern District of New York, Civil Action No.: 1:15-cv-5301 (PKC) | 4/28/16 |
| Sebrina Smith, et al. as Personal Representatives for the Estate of Leonard C. Smith, III v. Bird & Son, Inc., et al., Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, No 2010-CA-000905 | 6/17/16 |
| Sebrina Smith, et al. as Personal Representatives for the Estate of Leonard C. Smith, III v. Bird & Son, Inc., et al., Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, No 2010-CA-000905 | 6/27/16 |
| Michael Marrapodi, as Executor of the Estate of George Marrapodi, Deceased v. Unilever United States, Inc., et al., Superior Court of New Jersey, Middlesex County, No. MID-L-4657-13 AS | 7/7/16 |
| Pedro Rodriguez and Dominga Rodriguez v. Flowserve US Inc., et al., San Francisco County Superior Court, Case No. CGC-15-276470 | 7/12/16 |
| Richard Kwiatowski, New Jersey Court | 7/14/16 |
| Frederick Lee Toney, III v. Atwood & Morrill Co., et al., United States District Court, Southern District of New York, Civil Action No.: 1:15-cv-07413 | 7/21/16 |
| Henry C. Snyder and Lynn Snyder v. Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., et al., United States District Court, Southern District of New York, Civil Action No.: 1:15-cv-8738-LAK | 7/21/16 |
| Abraham Castillo and Lisa Castillo v. Cleaver-Brooks, Inc., et al., Superior Court of California, County of San Francisco, No. CGC-16-276489 | 8/11/16 |
| David Coletti, as Personal Representative of the Estate of Nicole M. Theriault Coletti, as Next Friend of Tyler Coletti and Amber Coletti v. Advance Stores Company, Inc., a/k/a Advance Auto Parts, Inc., et al., Superior Court of Middlesex, Commonwealth of Massachusetts, Civil Action No. 13-4487 | 9/12/16 |
| Lori Ann Bremer, Executor of the Estate of Carl Bremer and in her own right vs. Burns and Scalo Roofing, Inc., et al., Court of Common Pleas for Philadelphia County, Pennsylvania, October Term - 2014, Case No. 4424 | 9/14/16 |
| James Angus and Juana Angus v. Asbestos Corporation Limited, et al., San Francisco Superior Court of California, No. CGC-14-276282 | 9/29/16 |

| | |
|---|---|
| Josiah O. Frazier, et al. (William S. Naunton); Perry Allen, et al. (James E. Craig); Gladysberry, et al. (Lewis R. Trent, Jr.), v. ACandS, Inc., et al., Circuit Court for Baltimore City, Maryland, Case Nos. 24x11000790 & 24x15000284; 24x97301503 & 24X15000280; 24x15000236 | 10/04/16 |
| Danny Shaw and Shirley Shaw v. John Crane Inc., et al., San Francisco Superior Court of California, No CGC-15-276481 | 10/20/16 |
| Yolanda Sample and Nicklas Sample, as Surviving heirs of Joseph Sample, Deceased, v. American Biltrite, Inc., et al., Circuit Court of the City of St. Louis, Missouri, Cause No. 1422-CC09407 | 11/03/16 |
| Richard A. Hawk, Individually and as Personal Representative of the Estate of Richard Arthur Hawk, Deceased, and William George Hawk and Leonard Bruce Hawk v. BNSF Railway Company, et al., 11th Judicial District Court of Harris County, Texas, Cause No. 2014-52886 | 11/17/16 |
| Eldon St. Jeor and Barbara St. Jeor, v. Asbestos Defendants, Third Judicial District Court In and For Salt Lake County, State of Utah, Civil Case No.: 070908983 | 12/06/16 |
| Delvin Edward Domagala and Eileen Rose Domagala v. 3M Company, f/k/a Minnesota Mining and Manufacturing, et al., Second Judicial District Court for the State of Minnesota in the County of Ramsey, File No.: 62-CV-163232 | 12/16/16 |
| Robin Elaine Andrews, Individually and as Personal Representative of the Heirs and Estate of Garland Dale Pepper, Deceased v. ABB, Inc., et al., 11th Judicial District Court of Harris County, Texas, No. CC-13-06827-0 | 12/29/16 |
| Mary Anne Caine v. Bellsouth Telecommunications, LLC, et al., Superior Court of New Jersey, Middlesex County, No. L-0769-16 AS | 01/06/17 |
| Danny Shaw and Shirley Shaw v. John Crane Inc., et al., Superior Court of California, San Francisco County, CGC-15-276481 | 01/10/17-01/11/17 |
| Dario Battistoni v. Aerco International, Inc., et al., Supreme Court of the State of New York, New York County, Index No. 190103/2015 | 02/01/17 |
| Dario Battistoni v. Aerco International, Inc., et al., Supreme Court of the State of New York, New York County, Index No. 190103/2015 | 02/01/17-02/02/17 |
| Nolan Lamb v. Certainteed Corporation, et al., Superior Court of California, Contra Costa County, Index No. C15-00057 | 02/07/17 |
| Esther Shiffer, as Successor-in-Interest to and as Wrongful Death Heir of James Shiffer, Deceased; et al., v. Asbestos Corporation Limited, et al., Superior Court of California, County of San Francisco, No. CGC-14-276279 | 02/09/17 |
| Larry Watson and Arlinda Watson v. John Crane Inc., et al., Superior Court of California, Solano County, No. FCS047559 | 02/23/17 |
| Clayton Lyn Morgan and Alicia Ann Morgan v. Arvinmeritor, Inc., n/k/a Meritor, Inc., et al., Circuit Court of Jackson County, Missouri at Kansas City, Case No. 1516-CV03800 | 3/1/17 |

| | |
|---|---|
| Janet Winter, as Successor-in-Interest to and as Wrongful Death Heir of Theodore Winter, Deceased; and Bradford Winter; Brian Winter, as Wrongful Death Heirs of Theodore Winter, Deceased v. Certainteed Corporation, et al., Superior Court of California, San Francisco County, No. CGC-14-276375 | 3/9/17 |
| Ruth Laningham v. Airco, Inc., et al., Sixteenth Judicial Circuit Court of Jackson County, Missouri, Case No. 1216-CV14564 | 3/14/17 |
| Janet Mooney as Successor In Interest to Gerard Mooney v. Asbestos Corporation Limited, et al., Superior Court of California, Alameda County, No. RG12621891 | 3/16/17 |

# Appendix D

## Friction Studies
## Summary of Fiber Release Data

## Table D1. Brake Sample Information and Asbestos Content Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| | **ABEX** | | |
| U0030A | Abex Heavy Duty Brake<br>MVA 7746 Rpt 02/11/09 | 20% | 0.00005%<br>Tremolite |
| U0030B | Abex Heavy Duty Brake<br>MVA 7746 Rpt 02/11/09 | 20% | 0.00015%<br>Tremolite |
| | **FORD/BENDIX** | | |
| T0193a | Ford Brake Shoes<br>MVA 7380 Rpt Ford 02/19/08 | 45% | 0.01%<br>Trem/Act |
| T0193b | Ford Brake Shoes<br>MVA 7380 Rpt Ford 02/19/08 | 40% | 0.04%<br>Trem/Act |
| G0922 | Ford Brake SEC BX-DU-GF<br>MVA 7040 Rpt Ford&Delco 10/10/08 | 50% | 0.019%<br>Tremolite |
| T3145A | Bendix Brake<br>MVA 7621 Rpt 09/16/09 | 30% | 0.003%<br>Trem/Act |
| T3145B | Bendix Brake<br>MVA 7621 Rpt 09/16/09 | 30% | 0.009%<br>Trem/Act |
| S0552 | Bendix Brake Pads BDX 16, Brake Rebuilders, Inc. MVA 7040 Rpt 04/10/09 | 50% | 0.003%<br>Trem/Act |
| S0565AD | Bendix Brake Pads<br>MVA 7040 Rpt 09/26/08 | 40-60% | 0.004%<br>Tremolite |
| V0582A | Ford Truck Brake Lining, Tan ME C3TA-2021-B<br>MVA8348 Rpt 06/29/10 | 40-50% | 0.0013%<br>Tremolite |
| V0582B | Ford Truck Brake Lining, Dark Gray ME C3TA-2022-A MVA8348 Rpt 06/29/10 | 45-55% | 0.0032%<br>Trem/Act |
| V1758 | Bendix Brakes 175-71-8<br>MVA8219 Rpt 10/22/10 | 30-50% | 0.01%<br>Trem/Act |
| X0521A | Bendix Brake Shoe “Bendix MG FF”<br>MVA9224 Rpt 05/11/12 | 20-40% | 0.002%<br>Trem/Act |
| X0521B | Bendix Brake Shoe “Bendix MN FF”<br>MVA9224 Rpt 05/11/12 | 20-40% | NA |
| Y0094 | 3” brake, “Ford” label on top of lining (Exh TT18)<br>MVA9615 Rpt 03/22/13 | 25-45% | 0.002%<br>Trem/Act |
| Y0095 | 3” brake, “Ford” label on top of lining, “Bendix-DO-ED” on side (Exh TT19)<br>MVA9615 Rpt 03/22/13 | 25-45% | 0.003%<br>Trem/Act |
| | **CHRYSLER** | | |
| T0194 | Chrysler Brake Shoes<br>MVA 7380 Rpt Chrysler 02/19/08 | 45% | 0.004%<br>Trem/Act |
| | **DELCO** | | |
| L1472 | Delco Brake Drum DELCO 233 FE<br>MVA 7040 Rpt Ford&Delco 10/10/08 | 50% | 0.0004%<br>Tremolite |
| | **DODGE** | | |
| W0095 | #10 Brake Shoes ¾ Ton Dodge Truck<br>MVA8706 Rpt 02/17/11 | 20-40% | 0.01%<br>Tremolite |
| | **GIRLING** | | |
| T3144 | Girling Replacement Disc Pads<br>MVA 7620 Rpt 11/19/08 | 20% | 0.0003%<br>Trem/Act |
| T3303 | Girling Replacement Disc Pad<br>MVA 7651 Rpt 12/15/08 | 30% | 0.05%<br>Tremolite |
| T3327 | Girling Replacement Disc Pad<br>MVA 7651 Rpt 12/15/08 | 20% | 0.0006%<br>Trem/Act |

## Table D1 cont'd. Brake Sample Information and Asbestos Content Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| | **GM** | | |
| T0192 | GM Brake Shoes<br>MVA 7380 Rpt GM 02/19/08 | 25% | 0.04%<br>Trem/Act |
| | **HEAVY DUTY** | | |
| W0747A | Brake Shoe Barber-Greene (Serial No. FSB131X175) 131 Paver. Bendix 319795<br>MVA8872 Rpt 06/03/11 and 06/27/11 | 25-35% | 0.008%<br>Tremolite |
| W0747B | Brake Shoe Barber-Greene (Serial No. FSB131X175) 131 Paver. Bendix 319794-L<br>MVA8872 Rpt 06/03/11 and 06/27/11 | 25-35% | NA |
| V0490 | Four Carlisle Brake Linings L26 F1255D0SEG<br>MVA8322 Rpt 04/13/10 | 30-40% | 0.04%<br>Trem/Act |
| V1257 | Caterpillar Brake Band ~8-10 in diameter<br>MVA8473 Rpt 08/18/10 | 40-60% | 0.01%<br>Trem/Act |
| V1258 | Caterpillar Brake Band ~8-10 in diameter<br>MVA8473 Rpt 08/18/10 | 15-25% | 0.09%<br>Tremolite |
| V1259 | Caterpillar Brake Band ~13-15 in diameter<br>MVA8473 Rpt 08/18/10 | 40-60% | 0.1%<br>Trem/Act |
| W0270 | Clark Forklift Brake Shoe Set (1 brake analyzed)<br>MVA8746 Rpt 03/15/11 | 10-20% | 0.001%<br>Trem/Act |
| V1817 | Grizzly Relined Brake Shoes<br>MVA8219 Rpt 10/22/10 | 30-50% | 0.004%<br>Trem/Act |
| V2215 | Grizzly Brake Lining, “Syncro Set No. 1137”<br>MVA8664 Rpt 12/30/10 | 40-60% | 0.001%<br>Tremolite |
| V2216 | Grizzly Brake Lining, “Syncro Set No. 1137”<br>MVA8664 Rpt 12/30/10 | 40-60% | 0.01%<br>Tremolite |
| | **HONDA** | | |
| S1434 | Honda Brake Pad<br>MVA 7275 Rpt 12/10/07 | 20% | 0.0001%<br>Trem/Act |
| T0142 | Honda Brake Pad<br>MVA 7275 Rpt 02/08/08 | 15-20% | 0.004%<br>Trem/Act |
| T0143 | Honda Brake Pad<br>MVA 7275 Rpt 02/08/08 | 15-20% | 0.007%<br>Trem/Act |
| | **MERCEDES** | | |
| T3011 | Mercedes Brake Shoe Set<br>MVA7585 Rpt 09/03/08 | 5% | NAD |
| T3012 | Mercedes Brake Shoe Set<br>MVA7585 Rpt 09/03/08 | 7% | 0.001%<br>Actinolite |
| T3013 | Mercedes Brake Shoe Set<br>MVA7585 Rpt 09/03/08 | 10-15% | 0.0005%<br>Tremolite |
| | **OTHER** | | |
| S1541 | “Wizard ‘30’ Brake Linings” 75-5360-5<br>(Western Auto) MVA 7293 Rpt 12/14/07 | 30% | NAD |
| S1541 | “Wizard ‘30’ Brake Linings” 75-5360-5<br>(Western Auto) MVA 7293 SuppRpt 02/19/08 | 30% | 0.002%<br>Tremolite |
| S1542 | “Wizard ‘30’ Brake Linings” 75-5360-5 (Western Auto) MVA 7293 Rpt 12/14/07 | 30% | 0.0001%<br>Trem/Act |
| S0565EF | Unknown Brake Pads used<br>MVA7040 Rpt 10/09/08 | 50% | 0.0009%<br>Tremolite |
| X0521C | Unlabeled Brake Shoe “All Metal Canada FMS 280”. MVA9224 Rpt 05/11/12 | NAD | NA |
| X0521D | Unlabeled Brake Shoe “All Metal Canada FMS 280”. MVA9224 Rpt 05/11/12 | NAD | NA |

## Table D1 cont'd. Brake Sample Information and Asbestos Content Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| X0863A | Car Quest Brake Pads 5" Wide "CQB 200FF" MVA9314 Rpt 09/06/12 | 20-40% | 0.005% Tremolite |
| X0863B | Car Quest Brake Pads 6.5" Wide "CQB 200FF" MVA9314 Rpt 09/06/12 | 20-40% | 0.064% Trem/Act |
| V2262 | Grand/Pro Disc Brake Pads 7017 AD84 P/N 22532 MVA8680 Rpt 01/26/11 | 40-60% | 0.03% Tremolite |
| Y0096 | 2 in brake "MG-18-FE PS MG" on side MVA9615 Rpt 03/22/13 | 40-60% | NA |
| Y0097 | 2 in brake "NG-38-FE-PR1_MD" on side of liining, "Delco Moraine Made in USA" stamped on shoe MVA9615 Supplemental Rpt 04/04/13 | 40-60% | 0.03% Trem/Act |
| W0108 | #23 Pronto remanufactured brake shoes (4 shoes in box; analysis of 1 brake lining) MVA8706 Rpt 03/04/11 | 20-40% | 0.0007% Tremolite |
| W0103 | #18: Wagner quality dics brake pads box with 2 pads inside MVA8706 Rpt 03/01/11 | 20-40% | 0.006% Tremolite |
| T2800 | Unknown brake lining MVA7385 Rpt 07/10/08 | 20% | 0.04% Tremolite |
| | **RAYLOC** | | |
| V0489 | Box of 4 Rayloc brake shoes Stopper 279 AB-242 MVA8322 Rpt 04/13/10 | 25-35% | 0.1% Trem/Anth |
| | **SEARS** | | |
| V1757A | Sears Road Handler 175-71-18 MVA8219 Rpt 10/22/10 | NAD | NA |
| V1757B | Sears Road Handler 175-71-19 MVA8219 Rpt 10/22/10 | 25-45% | 0.02% Trem/Act |
| | **TOYOTA** | | |
| W0335 | Toyota rear brake shoes set, SR5 4X4 truck MVA8768 Rpt 03/23/11 | 40-60% | 0.001% Trem/Act |
| Y1060 | Driver side rear brake shoe (lining) 1975 Toyota Corolla MVA9827 Supplemental Rpt 08/16/13 | 20-40% | 0.01% Tremolite |
| Y1061 | Passenger side rear brake shoe (lining) 1975 Toyota Corolla MVA9827 Supplemental Rpt 08/16/13 | 20-40% | 0.01% Tremolite |
| Y1089 | Driver side front brake pads - '75 Toyota Corolla MVA9827 Supplemental Rpt 08/16/13 | 20-40% | NA |
| Y1090 | Passenger side front brake pads 1975 Toyota Corolla MVA9827 Supplemental Rpt 08/16/13 | 20-40% | NA |
| Y1040 | Toyota pad kit 04491-60010, 1986-87 OEM Toyota Pickup MVA9867 Rpt 12/10/13 | 20-40% | 0.06% Trem/Act |
| Y1041 | Toyota shoe kit 04494-60010, 1980-88 OEM Toyota Land Cruiser MVA9867 Rpt 12/10/13 | 20-40% | 0.05% Trem/Act |
| Y1042 | Toyota shoe kit 04495-14010, 1979-83 OEM Toyota Corolla MVA9867 Rpt 12/10/13 | 20-40% | 0.009% Trem/Act |
| Y1043 | Toyota shoe kit 04495-20050, 1979-82 Corona, 82-85 Celica, 78-88 Cressida MVA9867 Rpt 12/10/13 | 20-40% | 0.004% Trem/Act |

## Table D1 cont'd. Brake Sample Information and Asbestos Content Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| Y1044 | Toyota Shoe Kit 04495-35020<br>MVA9867 Rpt 12/10/13 | 20-40% | 0.003%<br>Trem/Act |
| Y1045 | Toyota Shoe Kit 04495-35031<br>MVA9867 Rpt 12/10/13 | 20-40% | 0.004%<br>Trem/Act |
| Y1046 | Toyota brake shoe 47410-20061, 1968-70 OEM Toyota Corona Mark II<br>MVA9867 Rpt 12/10/13 | 30-50% | 0.009%<br>Trem/Act |
| Y1084A | Grey-Rock Raybestos FC-344 for various Toyota Corona models during 1965-1971 reddish<br>MVA9867 Rpt 12/19/13 | 15-35% | 0.003%<br>Tremolite |
| Y1084B | Grey-Rock Raybestos FC-344 for various Toyota Corona models during 1965-1971 greenish<br>MVA9867 Rpt 12/19/13 | 20-40% | 0.001%<br>Tremolite |
| Y1085 | Grey-Rock Raybestos FC-387 for 68-71 Toyota Crown MS-53 sedan, SS station wagon<br>MVA9867 Rpt 12/19/13 | 15-35% | 0.001%<br>Tremolite |
| Y1086 | Toyota brake pad kit 04491-12081 75-79 Toyota Corolla (2 kits)<br>MVA9867 Rpt 12/19/13 | 20-40% | NAD |
| Y1087 | Toyota brake pad kit 04491-14052-72 76-79 Toyota Celica (3 kits)<br>MVA9867 Rpt 12/19/13 | 20-49% | 0.03%<br>Trem/Act |
| | **TRUSTAR** | | |
| X0569A | TruStar brake shoe “MG-18 FE-DL”<br>MVA9238 Rpt 05/15/12 | 20-40% | 0.004%<br>Trem/Act |
| X0569C | TruStar brake shoe “MG-18 FE-BA”<br>MVA9238 Rpt 05/15/12 | 20-40% | NA |
| X0569D | TruStar brake shoe “MG-18 FE-ZM”<br>MVA9238 Rpt 05/15/12 | 20-40% | NA |
| | **VW** | | |
| S0229 | Brake Pads (Western Auto for VW)<br>MVA 7385 Rpt 02/06/08 | 10-20% | 0.0001%<br>Tremolite |
| S0230 | Brake Pads (Western Auto for VW)<br>MVA 7385 Rpt 02/06/08 | 10-20% | 0.0008%<br>Trem/Act |
| V2260 | “Road Baron” VW brake pads RB-156<br>MVA8680 Rpt 01/26/11 | 30-50% | 0.01%<br>Tremolite |
| V2261-A | Replacement brake pad set P/N 311 698 151<br>MVA8680 Rpt 01/26/11 | 30-50% | 0.03%<br>Tremolite |
| V2261-B | Replacement brake pad set P/N 311 698 151<br>MVA8680 Rpt 01/26/11 | 20-40% | NAD |
| W1438 | VW brake shoe set “1 Satz Bremsbelage 823-698-071”<br>MVA8979 Rpt 09/16/11 | 2-6% | 0.0006%<br>Tremolite |
| W1566 | VW brake shoe set “ENERGIT 334HG”<br>MVA8979 Rpt 11/03/11 | 0.8-1.4% | 0.5%<br>Tremolite |
| V1567 | VW brake shoe set “ENERGIT 334HG”<br>MVA8979 Rpt 11/03/11 | 0.7-1.3% | 0.05%<br>Tremolite |
| | **WIZARD** | | |
| U1475 | Wizard “30” Western Auto 4R5296<br>MVA8041 Rpt 11/13/09 | 25-35% | NAD–0.02%<br>Tremolite |
| U1483 | Wizard “30” Western Auto 4R5330<br>MVA8041 Rpt 11/13/09 | 25-35% | 0.002–0.004%<br>Tremolite |

## Table D2. Clutch/Transmission Band Sample Information and Asbestos Content Results

| MVA# | Sample Information | PLM Analysis Results % Chrysotile | TEM Analysis Results % Amphibole |
|---|---|---|---|
| U0334 | Crane clutch lining<br>MVA7811 Rpt 03/30/09 | 30-50% | 0.07%<br>Trem/Act |
| U0335 | Crane clutch lining<br>MVA7811 Rpt 03/30/09 | 30-50% | 0.01%<br>Trem/Act |
| V1596 | Neutral friction plate 1961-64 Oldsmobile<br>MVA8219 Rpt 10/01/10 | 2-5 % | 0.001%<br>Trem/ Act |
| V1598 | Set of 7 clutch friction plates “#11 74ty250”<br>MVA8219 Rpt 10/01/10 | 30-50 % | No Amphibole Detected |
| V1600 | Ford transmission band<br>MVA8219 Rpt 10/01/10 | 3-6 %<br>Crocidolite | NA |
| V1601 | Set of 5 Lempco clutch plates “1948-56 “Dynaflow”<br>MVA8219 Rpt 10/01/10 | 20-30 % | 0.006%<br>Tremolite |
| V1622 | Borg-Warner “Borg & Beck” clutch plate<br>MVA8219 Rpt 10/01/10 | 30-50 % | 0.032%<br>Tremolite |
| V1623 | Set of 3 Lempco rear clutch friction plates<br>MVA8219 Rpt 10/01/10 | 1-2% Chrysotile<br>2-3 %<br>Anthophyllite | NA |
| V1624 | Set of 5 Lempco friction plates “6221F”<br>MVA8219 Rpt 10/01/10 | 2-3 %<br>Anthophyllite | NA |
| V1625 | Set of 6 Lempco plates “B18506”<br>MVA8219 Rpt 10/01/10 | 1-3% Crocidolite | NA |
| V1626 | Lempco friction band for “65-71 BW-T-35”<br>MVA8219 Rpt 10/01/10 | 2-4 % Crocidolite | NA |
| V1627 | Lempco friction band for “Toyota 2 SPD Early”<br>MVA8219 Rpt 10/01/10 | 30-60 % | 0.008%<br>Trem/ Act |

## Table D3. Summary of Air Sampling Results for Brake Activities

| Friction Activity | PCM* (f/cc) |
|---|---|
| *Removal/Replacement (Passenger Car)* | |
| Unboxing/Handling (Glovebag)[B] | 1.8 |
| Dry Brush Cleaning[2] | 0.45 |
| Dry Brush Cleaning[3] | 0.1 |
| Dry Brush Cleaning[4] | 1.3-3.6 |
| Dry Brush Cleaning (with exhaust)[6] | 0.09 |
| Dry Brush/Rag Cleaning[13] | 0.61-0.81 |
| Damp Brush/Rag Cleaning[13] | 0.67-2.62 |
| Water (Squirt Bottle) Cleaning[13] | 0.54 |
| Compressed Air[1] | 0.21-1.12 (0.68 TWA) |
| Compressed Air (By car/dust cloud)[1] | 1.12-3.62 (1.25-2.55 TWA) |
| Compressed Air[2] | 14.54 |
| Compressed Air[3] | <0.1-8.2 |
| Compressed Air (with exhaust)[3] | <0.1-0.2 |
| Compressed Air (with exhaust)[6] | 0.10 |
| Compressed Air[4] | 6.6-29.8 |
| Compressed Air (5-10 ft)[4] | 2.0-4.2 |
| Compressed Air (10-20 ft)[4] | 0.4-4.8 |
| Compressed Air[13] | 0.14-15.00 |
| Brake Cleaner/Compressed Air[13] | 0.25-0.68 |
| Vacuuming, wiping, brushing, and/or compressed air[2] | 0.03-0.18 TWA |
| *Removal/Replacement (Truck)* | |
| Assembling of brakes[3] | <0.1-0.4 |
| Dry Brushing[3] | 0.1-4.5 |
| Dry Brushing (with exhaust)[6] | 0.15 |
| Damp Cloth[3] | 1.1-3.3 |
| Compressed Air (with exhaust)[3] | 0.2-3.0 |
| Compressed Air (with exhaust)[6] | 0.05 |
| Compressed Air[3] | 0.2-3.0 |
| Vacuuming, wiping, brushing, and/or compressed air[2] | 0.05-1.68 TWA |
| Loosening Rivets from Brake Linings[3] | <0.1-1.6 |

*PCM (phase contrast microscopy) is a light microscope technique that counts only the longer and thicker asbestos fibers. PCM provides an index of asbestos exposure. Transmission electron microscopy (TEM) can count all the asbestos fibers. Typically there are 5 to 100 times as many asbestos fibers counted by TEM as by PCM.

## Table D3 cont'd. Summary of Air Sampling Results for Brake Activities

| Friction Activity | PCM* (f/cc) |
|---|---|
| *Surface Abrasion (Passenger Cars)* | |
| Hand Sanding[A] | 2.2 |
| Hand Sanding[C] | 0.6-0.8 |
| Power Sanding[C] | 0.9-1.0 |
| Power Sanding[6] | 0.13-0.29 |
| Hand Filing[A] | 0.3 |
| Hand Grinding (with exhaust)[6] | 0.12 |
| Machine Grinding (with exhaust)[6] | 0.06 |
| Grinding Brake Drums[3] | 0.5 |
| Grinding Brake Disks[3] | <0.1-0.2 |
| Power Grinding[A] | 8.5 |
| *Surface Abrasion (Trucks)* | |
| Rivet Operator[2] | 3.41-4.47 TWA |
| Riveting[6] | 0.10 |
| Punch Operator[2] | 0.68-7.52 TWA |
| Punching Rivets into Brake Linings[3] | 0.1-3.5 |
| Punching Rivets into Brake Linings[4] | 1.9-2.0 |
| Grinding[4] | 1.7-7.0 |
| Machine Grinding (with exhaust)[6] | 0.39 |
| Power Grinding (with exhaust)[3] | 0.1-5.9 |
| Power Grinding[3] | 0.3-125 |
| File Beveling[3] | 0.1-0.9 |
| Beveling (grinding wheel or arcing machine)[4] | 23.7-72.0 |
| *Cleaning* | |
| Broom sweeping of area after sanding[A] | 1.7 |
| Sweeping floor of garage[3] | <0.1-1.7 |
| Sweeping floor around grinder[4] | 3.6 |

*PCM (phase contrast microscopy) is a light microscope technique that counts only the longer and thicker asbestos fibers. PCM provides an index of asbestos exposure. Transmission electron microscopy (TEM) can count all the asbestos fibers. Typically there are 5 to 100 times as many asbestos fibers counted by TEM as by PCM.

**Appendix D (Friction Product) - References**


A. MVA 1810 - Friction Product Fiber Release Studies, 01/29/1997
B. MVA 5744REV - Sampling of Friction Product Box, 11/03/2003
C. MVA 7040 - Fiber Release During the Sanding of Brakes (Bendix), 09/26/2008

1. Hickish, Exposure to Asbestos During Brake Maintenance, 1970
2. Johnson, Industrial Hygiene Assessment of Seven Brake Servicing Facilities, 1979
3. Kauppinen, Exposure to Asbestos During Brake Maintenance of Automotive Vehicles by Different Methods, 1987
4. Rohl, Asbestos Exposure During Brake Lining Maintenance and Repair, 1976
5. Plato, An Index of Past Asbestos Exposure as Applied to Car and Bus Mechanics, 1995
6. Rodelsperger, Asbestos Dust Exposure During Brake Repair, 1986
7. Yeung, An Australian Study to Evaluate Worker Exposure to Chrysotile in the Automotive Service Industry, 1999
8. USPHS Survey, Abex Corporation, 1972
9. USPHS Survey, American Brake Shoe, 1971
10. EPA-560-OPTS-86-002, Guidance for Preventing Asbestos Disease Among Auto Mechanics, 1986
11. EPA-560-OPTS-86-003, Controlling Brake Dust to Protect Your Health…What Every Auto Mechanic Should Know, 1986
12. Rohl, Mount Sinai Medical Center Report to Robert Magdelain of Nilfisk of America, 1979
13. PEI Associates, Asbestos Dust Control in Brake Maintenance, 1985
14. Sheehy, Control Technology for Brake Drum Service Operations at Ohio DOT, 1987
15. Lorimer, Asbestos Exposure of Brake Repair Workers in the United States, 1976
16. Moore, Asbestos Exposure Associated with Automotive Brake Repair in Pennsylvania, 1988
17. Huncharek, Pleural Mesothelioma in a Brake Mechanic, 1989
18. Millette, J.R. and Hays, S.M., Settled Asbestos Dust: Sampling and Analysis.Lewis Publishers, Boca Raton, 1994.
19. Millette, J.R., “Asbestos Analysis Methods”, Chapter 2. In: Asbestos: Risk Assessment, Epidemiology, and Health Effects, R.F. Dodson and S.P. Hammar, Eds., CRC, Taylor&Francis, Boca Raton, Fl. pp:9-38, 2006.
20. J. Addison and L.S.T. Davies. ”Analysis of Amphibole Asbestos in Chrysotile and Other Minerals” Ann. Occup. Hyg. Vol. 34. No. 2. pp. 159-175, 1990.
21. Millette JR, A. Harmon, P. Few, W.L. Turner, Jr., and W.R. Boltin. Analysis of amphibole asbestos in chrysotile-containing ores and a manufactured asbestos product. Microscope, 57(1):19-22, 2009.

# Appendix E

## General Asbestos Information
## Binder - Index

**Asbestos General Information Index – February 2016**

1. ATSDR Asbestos Fact Sheet
2. AIHA Definition of *Breathing Zone* – DiNardi, "The Occupational Environment: Its Evaluation, Control, and Management" Cover and Page 1253
3. The Microscopy of Asbestos Products – Steve Compton
4. Evaluation of Bystander Exposures to Asbestos in Occupational Settings – Donovan, 2011
5. MVA Chamber HEPA Air Flow
6. NYCOSH Asbestos Fact Sheet #8
7. MDH, Asbestos: Homeowner Information
8. Asbestos Analysis Methods – Jim Millette
9. EPA, Environmental Release of Asbestos from Commercial Product Shaping, Aug. 1985
10. Methods for Determining Hazardous Substances 82, The Dust Lamp, March 1997
11. EPA SOP for Video Exposure Monitoring of Activities Potentially Associated with Exposure to Asbestos in Air
12. Scanning Electron Microscopy of Post-It™ Notes Used for Environmental Sampling – Millette, Brown, Barnett, and Mount, 1991
13. Mesothelioma: cases associated with non-occupational and low dose exposures – Hillerdal, 1999
14. Mesothelioma and Employment in Massachusetts: Analysis of Cancer Registry Data 1988-2003 – Roelofs, Kernan, Davis, Clapp, and Hunt, 2013
15. Airborne Asbestos Exposure from Gooch Fiber Use - Compton and Millette, 2012
16. Analysis of Vermiculite for Asbestos and Screening for Vermiculite from Libby, Montana – Millette and Compton, 2015