**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

STACEY DOOLIN, as Personal Representative of the Estate of RICHARD E. DOOLIN,

CASE NO.: 3:16-CV-0778-MMH-PDB

Plaintiff,

v.

AMERICAN OPTICAL CORPORATION, etc., et al.,

Defendants.

_______________________________________/

**DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF JOINDER**

Defendant, Honeywell International Inc. f/k/a Allied Signal, as successor in interest to Allied Corporation, as successor in interest to The Bendix Corporation ("Honeywell"), by and through undersigned counsel, hereby files this Notice of Joinder in the following motions:

1. Defendant, Pneumo Abex LLC's Motion for Summary Judgment (D.E. 122);
2. Borgwarner Morse Tec LLC's Motion for Final Summary Judgment, Or In The Alternative, Motion for Partial Summary Judgment and Incorporated Memorandum of Law (D.E. 119);
3. Ford Motor Company's Motion in Limine to Preclude or Limit Testimony by Steven Compton and Supporting Memorandum of Law (D.E. 115);
4. Pneumo Abex LLC's Motion in Limine to Preclude or Limit Testimony by Steven Compton and Supporting Memorandum of Law (D.E. 117);

5. Pneumo Abex LLC's Daubert Motion to Exclude the Testimony of Plaintiffs' Causation Experts, Dr. Kradin and Dr. Brody and Memorandum of Law (D.E. 118); and

6. Ford Motor Company's Daubert Motion to Exclude the Testimony of Plaintiff's Causation Experts Drs. Arnold Brody And Richard Kradin (D.E. 126).

Honeywell adopts and incorporates the above listed motions by reference and requests the same relief on the same grounds set forth in said motions. The arguments set forth in D.E. 122 and D.E. 119, although case specific are equally applicable to Honeywell in this matter as the decedent's alleged exposure to Honeywell products occurred between the years of 1973-1983[1], prior to the decedent's marriage to Plaintiff and the birth of their children.

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**


*_/s/ Caroline M. Iovino_*
**ANTHONY N. UPSHAW**
aupshaw@mwe.com
Florida Bar No.: 861091
**CAROLINE M. IOVINO**
ciovino@mwe.com
Florida Bar No.: 181110
**MELISSA R. ALVAREZ**
Florida Bar No.: 820091
malvarez@mwe.com
333 Avenue of the Americas
Suite 4500
Miami, FL 33131
Tel: (305) 358-3500
Fax: (305) 675-8146
***Counsel for Honeywell International Inc.***


[1] *See* Deposition of Edward Doolin, taken Jan. 19, 2017, at p. 102:15-24. Mr. Edward Doolin was not able to offer any testimony about the brand of brakes to which Doolin was exposed after 1983. *See id.* Vol. 2 taken Mar. 16, 2017, at p. 71:2-5.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

*/s/ Caroline M. Iovino*